**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DON MERCELEANY R.
MAXWELL/G-DOFFEE**                                                  **PLAINTIFF**
**ADC #108778**

v.                     **NO: 5:09CV00142 BSM/HDY**

**ALLEN** *et al.*                                                      **DEFENDANTS**

**ORDER**

The court has reviewed the proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the court concludes that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

Accordingly, plaintiff's claims against defendant Roderick Johnson are DISMISSED WITHOUT PREJUDICE, and Roderick Johnson's name is removed as a party defendant.

DATED this 13th day of October, 2009.

                                                             /s/ Brian S. Miller
                                                      UNITED STATES DISTRICT JUDGE